IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR328 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN ARMENDARIZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |

It has come to the court's attention that the motion by defendant John Armendariz, Jr. to appoint counsel (Filing No.131) was inadvertently accepted and filed in the Clerk's Office for the District of Nebraska.

IT IS, THEREFORE, ORDERED that the Clerk's Office shall strike and remove Filing No.131 and forward it to Clerk, U.S. Court of Appeals, 111 So. 10th St., Room 24.329, St. Louis, MO  63102.

DATED this 18th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge