# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR328** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **JOHN ARMENDARIZ, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Filing No. 157, which the court construes as a request for clarification. Defendant is concerned with Filing No. 152, the Memorandum and Order asking the government to respond to defendant's claims in his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody (§ 2255). To alleviate any confusion the court will amend Filing No. 152 as follows, the government shall answer or otherwise respond to: (1) all defendant's claims of Ineffective Assistance of Counsel; and (2) all defendant's claims regarding the Speedy Trial Act.

IT IS ORDERED:

   1. That the defendant's Motion for Clarification (Filing No. 157) is granted in so far as it is consistent with the above Memorandum and Order;

   2. On or before November 15, 2006, the United States shall file an Answer or otherwise respond to: (1) all defendant's claims of Ineffective Assistance of Counsel; and (2) all claims regarding right to a speedy trial;

   3. On or before December 15, 2006, the defendant may file a responsive brief addressing only the government's response to: (1) all defendant's claims of Ineffective Assistance of Counsel; and (2) all claims regarding right to a speedy trial;

   4. The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at his last known address.

   DATED this 16th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge