IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR328** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **JOHN ARMENDARIZ, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons discussed in the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's motion to vacate under 28 U.S.C. § 2255 (Filing No. 149) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 20th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge